UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DEBRA SUE SCHJENKEN #524619** | **CASE NO. 6:17-CV-01188 SEC P** |
| **VERSUS** | **ROBERT R. SUMMERHAYS** |
| **JIM ROGERS ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for habeas corpus be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

THUS DONE in Chambers on this 26th day of November, 2018.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE